UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
-------------------------------------------------------X

Orlando Sapida,

                Plaintiff,            Civil Action No.: 3:14-cv-00577

    against

Stellar Recovery, Inc.,

                Defendant.
-----------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STELLAR RECOVERY, INC., PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Orlando Sapia, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant Stellar Recovery, Inc..

Dated: July 30, 2014

                                              **FREDRICK SCHULMAN & ASSOCIATES**

                                              BY: s/ Jerald Belofsky

                                              Jerald Belofsky, Esq.
                                              Fredrick Schulman & Associates
                                              30 East 29th Street
                                              New York, New York 10016
                                              P: 212-796-6053
                                              F: 212-951-7379
                                              Attorneys for Plaintiff

**SO-ORDERED:**

_____
**Hon. Marcia Morales Howard**