**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ORLANDO SAPIDA,

        Plaintiff,

v.                                  Case No. 3:14-cv-577-J-34PDB

STELLAR RECOVERY, INC.,

        Defendant.
_____

**O R D E R**

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal of Defendant Stellar Recovery, Inc. Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Dkt. No. 7; Notice) filed on July 30, 2014. In the Notice, Plaintiff seeks dismissal of this matter with prejudice. <u>See</u> Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of August, 2014.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record